**ETUDE DE MM<sup>es</sup> MUDRY ET IGLEHART**

1211 GENEVE 12 - CASE POSTALE 253 - 4, RUE CHARLES-BONNET
TELEPHONE: 022 / 47 40 03 - TELEX 421577 IMI CH
TELEFAX: 022 - 46 04 11

*Barbara*

Mr. W.P. Stewart - Fax 001.212.980.60.39

Dear Bill,

I will redraft the Fiduciary Agreement for Topaze and will need the address of Michele Bowman. Please let me have this information at your convenience. Many thanks,

Best regards,

John H. Iglehart, avt.


MICHELE BOWMAN
119 AVE FRANKLIN ROOSEVELT, BP 37
1050 BRUSSELS
BELGIUM