Defendant's Exhibit QQ -
Fax from Etude de Mmes Mudry et Iglehart
regarding jewelry schedule, dated September 18, 2003
[pp. 4521 - 4522]

18. SEP. 2003 17:34   MUDRY & IGLEHART +41 22 3470201        N° 860   P. 1   Ex. QQ

### ETUDE DE M<sup>es</sup> MUDRY & IGLEHART
16, rue Bellot, P.O. Box 269, 1211 Geneva 12, Switzerland
Telephone : (+4122) 347 40 66 ; Fax : (+4122) 347 02 01
E-mail : john.iglehart@geneva-link.ch

#### FACSIMILE TRANSMISSION

To : Mrs Barbara Stewart                Fax No. : 001.212.421.53.08

                                        Date : Sept. 18, 2003

From : John H. Iglehart, avt.           Pages : 2 (including this page)

Re : Topaze jewelry insurance

Dear Mrs. Stewart,

As requested by Michele, please find attached the list of your jewellery insured.

Kind regards,

John H. Iglehart, avt.



### Schedule of Jewellery

| | Item | Value |
|---|---|---|
| 1. | 18 ct yellow gold diamond necklace | US$ 175,000 |
| 2. | Pair of 18ct gold marquise diamond Earrings | US$ 50,000 |
| 3. | 1 Strand Tahitian Black South Sea pearl necklace of 31 pcs 13 x 17 mm, total weight 33.50 mo, (only 28 pcs mounted) total length 43.5cm | US$ 180,000 |
| 4. | A ruby and diamond bracelet, rubies 10.13ct, diamonds 10.62F.6/VVS-VS | US$ 79,564 |
| 5. | A pair of emerald earrings | US$ 462,400 |
| 6. | Platinum diamond ear clips | US$ 60,000 |
| 7. | Emerald and Diamond bracelet | US$2,250,000 |
| 8. | Platinum and Diamond pendant brooch: Radiant cut yellow diamond 24.72cts | US$ 660,000 |
| 9. | One pcs. Cut light blue Sapphire and diamond necklace in 18k white gold, 30pcs. Ceylon Cut Sapphire 124.85cts. 30pcs. Oval cut diamond | US$ 76,000 |
| 10. | Yellow radiant cut diamond and 18kt yellow gold necklace with 1 radiant Cut Diamond approximately 6.00cts, 2 radiant cut diamonds approximately 7.00cts, 2 radiant cut diamonds approximately 6.00cts, 2 radiant cut diamonds approximately 5.00cts | US$ 307,000 |
| 11. | One pair of Tiffany & Co. platinum, diamond earrings. Set with one oval brilliant cut diamond weighing 2.37 carats, G colour, VVS2 clarity and one oval brilliant cut diamond weighing 2.37 carats, G colour, VVS2 clarity. GIA report number 11790756 and 11790757 | US$ 75,000 |
| 12. | One pair diamond earclips. Containing 6 yellow emerald cut diamonds 11.48carats, 8 Marquis diamonds 5.24 carats, 6 Round diamonds 3.01 carats, 6 Pear shape Diamonds 2.38 carats. Platinum and 18kt Gold mounting | US$ 250,000 |
| 13. | Diamond, Emerald Cut, Solitaire Ring, 24.79cts stone, Platinum | US$2,500,000 |
| 14. | Cut-Sapphire Diamond Necklace set in Platinum | US$ 460,000 |
| | Total | US$7,584,964 |