## UBS

Duplicate

For information:
Tel. 024/496 20 11

Account No.   249-851810.60K
Holder        BARBARA STEWART
              1884 VILLARS-SUR-OLLON

MONSIEUR
JOHN IGLEHART
CASE POSTALE 269
1211 GENEVE 12

REF. TI56 310 ZU 1536012   FPQ/VIO
BOOKKEEPING ENTRY DATE 06.11.03

1884 VILLARS-SUR-OLLON   06.11.2003

## DEBIT ADVICE

ORDER                          PAID THROUGH
BENEFICIARY
                               UBS SA GENEVE
MAITRE JOHN H. IGLEHART
CASE POSTALE 269
1211 GENEVE 12

DETAILS OF PAYMENT
TOPAZE

VAL. 06.11.03   USD        **73,516.5

Form without signature




UBS SA   UBS AG    605



**UBS**  Duplicate

**UBS AG**
P.O. Box, CH-1884 Villars-sur-Ollon

For information:
Mr Eric Borloz
Tel. 024/4962014

UBS Current Account for Priv. Clients
| | |
|---|---|
| Account no. | 249-851810 |
| Client no. | 249-851810 |
| IBAN | CH13 0024 9249 8518 1060 K |
| BIC | UBSWCHZH80A |
| Holder | BARBARA STEWART |
| | 1884 VILLARS-SUR-OLLON |
| VAT no. | 431842 |

MONSIEUR
JOHN IGLEHART
CASE POSTALE 269
1211 GENEVE 12

Drawn up on    5 January 2004

# Account Statement

**05.11.2003 - 31.12.2003**

| Date | Information | Debits | Credits | Value date | Balance |
|---|---|---|---|---|---|
| 05.11.03 | Opening balance | | | | 0.00 |
| 06.11.03 | CREDIT<br>BARBARA STEWART<br>FUND-UBS U.S.DOL A.C<br>(BKCD)CRED | | 75 000.00 | 05.11.03 | 75 000.00 |
| 06.11.03 | PAYMENT ORDER UTS<br>MAITRE JOHN H. IGLEHART<br>1211 GENEVE 12<br>TOPAZE<br>One-off order letter CHF domestic UBS | 73 516.51 | | 06.11.03 | 1 483.49 |
| 28.11.03 | BALANCE CLOSING OF SERVICE PRICES | 15.62 | | 30.11.03 | 1 467.87 |
| 15.12.03 | FOREX PURCHASE<br>09-59337-01 | 1 400.00 | | 15.12.03 | 67.87 |
| 31.12.03 | BALANCE CLOSING OF SERVICE PRICES | 5.79 | | 31.12.03 | 62.08 |
| | Turnover total | 74 937.92 | 75 000.00 | | |
| 31.12.03 | Closing balance | | | | 62.08 |

We would be grateful if you would check this account statement and inform us of any discrepancy within 4 weeks.

Kind regards
UBS AG



Form without signature    Page 1 / 1



UBS SA   UBS AG    521