## 1914

**Trial Transcript, dated July 7, 2011**
**[pp. 1914 - 2108]**

1

1

2    SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK - CIVIL TERM
3    ------------------------------------------------X
     BARBARA STEWART,
4
                                    Plaintiff,
5                                   Index No.
             -against-             350054/07
6
     WILLIAM STEWART,
7
                                   Defendant.
8    ------------------------------------------------X

9                              71 Thomas Street
     Trial                     New York, New York
10                             July 7, 2011

11

12       B E F O R E :

                 HONORABLE LOUIS CRESPO, JR.,
13
                          Special Referee
14

15   A P P E A R A N C E S :

16
                 McLAUGHLIN & STERN, LLP
17               Attorneys for the Plaintiff
                     260 Madison Avenue
18                   New York, New York 10016
                 BY:  PETER ALKALAY, ESQ.
19                    ERIC WRUBEL, ESQ.

20
                 PRYOR CASHMAN, LLP
21               Attorneys for the Defendant
                     7 Times Square
22                   New York, New York 10036-6569
                 BY:  DONALD LOCKHART SCHUCK, ESQ.
23                    LAUREN BATHGATE, ESQ.

24
                          JOHN PHELPS, CSR, RPR, CRR
25                        PRINCIPAL COURT REPORTER

26

1    Mr. W. Stewart - Direct/Mr. Schuck

2    THE SPECIAL REFEREE:  We are commencing

3    the direct examination of Mr. Stewart.

4    Mr. Stewart, please raise your right hand.

5    W I L L I A M   S T E W A R T,  called as a witness,

6    having been first duly sworn by The Special Referee,

7    was examined and testified as follows:

8    THE SPECIAL REFEREE:  State your name

9    for the record, please.

10   THE WITNESS:  William Stewart.

11   THE SPECIAL REFEREE:  Can you hear that?

12   State your name for the record, sir.

13   THE WITNESS:  William Stewart.

14   THE SPECIAL REFEREE:  Your address.

15   THE WITNESS:  12 Grape Bay, G-R-A-P-E,

16   Bay, B-A-Y, Drive, Paget, P-A-G-E-T, Bermuda.

17   THE SPECIAL REFEREE:  Mr. Stewart,

18   please follow my instructions.  Only answer the

19   question that is asked.  If you don't understand

20   a question, advise the court.  I'll direct

21   counsel to rephrase it.

22   Please speak in a loud clear voice so

23   that the official court reporter is able to take

24   down your testimony.  And lastly, most

25   importantly, during your testimony, if there's an

26   objection, please stop and allow for this court

```
 1                    Mr. W. Stewart - Direct/Mr. Schuck
 2          Q        But do you know who holds title to the
 3     property today?
 4          A        Barbara Stewart.
 5          Q        At the end, if you turn to the last page,
 6     this is a translation.  It says that the document --
 7     the document was signed by John Iglehart and M.
 8     Stewart Bauman.  Who's M. Stewart Bauman?
 9          A        My daughter-in-law.
10          Q        Who is John Iglehart?  Is that her
11     lawyer?
12          A        That's Michelle's lawyer and Barbara's
13     lawyer and my lawyer.
14          Q        Have you ever been provided with a copy
15     of this contract signed by Mrs. Stewart?
16          A        No, I have not.
17          Q        Have you ever been provided with a copy
18     of this contract that has Mr. Iglehart's power of
19     attorney signing on behalf of Mrs. Stewart?
20          A        No, I have not.
21          Q        Let me show you ZZ in evidence.  First,
22     let me ask you in connection with these four
23     appraisals, did you and Mrs. Stewart agree to obtain
24     appraisals for the chalets in connection with this
25     divorce action?
26          A        Yes, we did.
```