## RE:

From: **John Iglehart** (j.iglehart@bluewin.ch)
Sent: Thursday, September 03, 2009 11:10:48 PM
To: 'Michele Stewart' (vbouman@hotmail.com)

Hi Michele,
If I can find that e-mail and she produces it, doesn't she then have to explain(first to her own lawyers) why I would adress a message to HER about a company about which she wants to know NOTHING, and that she doesn't own??!!!
In addition, we would need to say that the company changed its name some time ago, and that DBGF is the same company as Topaze(previously).
If she can prove that Bill wanted her to take the jewelry out of her estate, as she states, it proves that SHE made a (taxable, presumably in 1999) gift to Topaze as a result and it proves also the points raised in my last e-mail to both of you ,of a few days ago, on the same subject.
Think it over honey, ok ??
XXOOOOOO
J

**De :** Michele Stewart [mailto:vbouman@hotmail.com]
**Envoyé :** jeudi 3 septembre 20    20:56
**À :** john perso iglehart
**Objet :** FW:

Dear John,

What should I answer BKS?

xoxoxo,

M

PS: Do you know a guy working at Credit Suisse called Jean Michel Bruni? He is the VP for Russian and Eastern blabla for credit suisse? He send me an e-mail...Can I trust him?

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject:
Date: Thu, 3 Sep 2009 13:53:48 -0400

Michele,

Several months ago I asked John Iglehart when Topaze was started. He wrote back by email that it was created in 1999. I wanted to give that email to the lawyers so that I could say that John had given me some information about Topaze, but I can't find that email. Do you have a copy of it? If I can show that Topaze has had the jewelry since 1999, it proves that the company wasn't created to avoid division of assets in the divorce. I don't want them to say that Topaze belongs to me, and I don't think it's fair as it was Bill who wanted me to take the jewelry out of my estate. Sorry to bother you but the lawyers aren't giving up on it.

B.

What can you do with the new Windows Live? Find out