Defendant's Exhibit C -
J. Iglehart to Barbara Stewart Email, dated April 16, 2010 regarding Topaz
[pp. 4226 - 4227]

Ex. C

## Schuck, Don

**From:** Eric Wrubel [ewrubel@mclaughlinstern.com]
**Sent:** Thursday, April 22, 2010 9:53 AM
**To:** SCollins@finresearch.com
**Cc:** PETER ALKALAY; Schuck, Don
**Subject:** Topaze/DGBF

Stacy:

Our client, Barbara Stewart, received the following e-mail from John Iglehart advising her that she is not the legal owner of Topaze or DGBF Holding.

Eric


From: j.iglehart@bluewin.ch
To: bstewart2@hotmail.com
CC: john.iglehart@geneva-link.ch
Subject: TR:
Date: Fri, 16 Apr 2010 08:39:44 +0200

---

Re : Various

Personal


Dear Barbara,


1) Following our phone conversation of last night, I have prepared a letter for Bill to sign that integrates the issues you and I have discussed within the framework of a transactional settlement of all outstanding issues, and including your concerns re. evaluations. As soon as I have received a signed version in return, I will report back to you, and also inform you about my available dates and places over the next few weeks.


2) Please be advised also that according to my records, you are not the legal owner of Topaze/DGBF.


1

Kind regards,

John H. Igielhart, avt.

===========================
McLaughlin & Stern, LLP
260 Madison Avenue
New York, New York 10016
Tel: 212-448-1100
Fax: 212-448-0066
E-Mail: ewruhel@mclaughlinstern.com
Web Site: www.mclaughlinstern.com
===========================

This transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone and destroy the documents.

Pursuant to U.S. Treasury Department regulations, we hereby inform you that any federal tax advice contained in this communication (and any documents accompanying it) was not intended or written to be used, and it cannot be used, for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

2