418 East 59th Street, 11A
New York, N.Y. 10022

October 28, 2013

Monsier John Iglehart, Avocat
Mudry Iglehart & Associés
16, rue Francois-Bellot
Case postale 269
1211 Genève 12

Dear Adv. Iglehart:

I have decided that you and Mudry Iglehart & Associés are to no longer act as my advocate(s).  As I have terminated our advocate-client relationship, I have asked Advocate Robert Fiechter of Des Gouttes & Associés, 4, avenue de Champel, CH-1206 Geneva, Tel. +41 22 704 30 50 to replace you as my advocate.

I ask that you please turnover my legal files to Adv. Fiechter; fully cooperate with Adv. Fiechter regarding my legal matters; cease all contact with me and make any future communications about my legal matters with Adv. Fiechter.

Finally, I have asked Adv. Fiechter to supply you with this letter and thank you for your anticipated cooperation.

Sincerely,

Barbara Stewart