## FW: Stewart v. Stewart

**Michele Bouman**
Wed 4/30/2014, 7:53 PM
To: marcel heider <heider.marcel@bluewin.ch>

**From:** PETER ALKALAY [mailto:PALKALAY@mclaughlinstern.com]
**Sent:** Monday, June 04, 2012 4:09 PM
**To:** Louis Crespo
**Cc:** Eric Wrubel; Schuck, Don
**Subject:** Re: Stewart v. Stewart

That is correct.

>>> "Louis Crespo" <lcrespo@courts.state.ny.us> 6/4/2012 4:06 PM >>>
That would be the "diamond, Emerald Cut, Solitaire Ring, 24. 79 caret stone. Invoice sum $2.5 million. Mr. Schuck please follow up with Mr. Alkalay about the same, if need be. I am working on the report, a very very rough draft. Will take some time still, but I expect a lengthy report.

Sincerely,



Hon., Louis Crespo
Special Referee
New York County Supreme Court
71 Thomas Street, Room 300
New York, NY 10013
646 386-3794
Fax 212 374 8417


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an agent or employee responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please notify me immediately (telephone 646 386-3794 or e-mail lcrespo@courts.state.ny.us) and destroy the original message and all copies thereof.
>>> "PETER ALKALAY" <PALKALAY@mclaughlinstern.com> 6/4/2012 3:43 PM >>>
Dear Referee Crespo:
We were just advised by Mrs. Stewart that the piece of jewelry referenced by Defendant's

Exhibit G was discovered by her in the NYC apartment.

Respectfully,

Peter C. Alkalay

---

***CONFIDENTIALITY NOTICE***

This email contains confidential information which may also be legally privileged and which is intended only for the use of the recipient(s) named above. If you are not the intended recipient, you are hereby notified that forwarding or copying of this email, or the taking of any action in reliance on its contents, may be strictly prohibited. If you have received this email in error, please notify us immediately by reply email and delete this message from your inbox.

---

IRS Circular 230 disclosure:

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (including attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or applicable provisions of state and local tax law or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.