**RE: Escrow/Pledge**

Barbara Stewart <bstewart2@hotmail.com>
Tue 5/22/2012, 1:14 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Michele,
I have no choice. I must pay for a lawyer, he won't work for free. Since I have very few assets left I will use something. If not the earrings, I will have to give Dave the debt you owe me for the chalet, the one million dollars, so that he can collect it and get paid. I'm sorry but I can't take anymore. I've had it. I don't care what will happen to me in Switzerland, as I can't ever get there if I am backrupted by Bill and Gregory. I will do what I have to do.
B.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: Escrow/Pledge
Date: Tue, 22 May 2012 11:58:32 +0200

Dear Mrs. Stewart,

I am really sorry that you are in such a jam right now and I would like to help you to the best of my capabilities.

Here are my concerns with putting anything in escrow here:

- You are a dual citizen: This will raise yet more flags here and as they are about to cut you off already, you'd be sure to jeopardize your accounts by requesting more of their help. Please keep in mind that they won't do anything more for you until they actually see you in person in Villars.

- Also that is not common practice here so they will need to inquire further before actually answering whether or not they could agree to such a thing, which will raise more flags.

- They would require a separate Swiss estimate and you'd be lucky to get 50 % max as an amount on it.

- There is wealth tax in Switzerland and you have never declared this item you want to put in escrow on your tax return. That will raise even more flags altogether.

- It would be less risky and take less time  for you to take your ring that you have with you and bring it to your bank in  NY with the Harry Winston estimate that you have already.

That would avoid raising various flags here, especially as there is no wealth taxes in the USA.

I am sure your attorneys would trust more a paper coming from the USA then any foreign one.

Sincerely,

Michele

## Re: Escrow/Pledge

**Barbara Stewart** <bstewart2@hotmail.com>
Tue 5/22/2012, 1:24 PM
**To:** Michele Stewart <vbouman@hotmail.com>

I am not asking you to think for me. I am only asking that you walk a lousy pair of earrings to UBS and put them in escrow. If you don't want to do that I will give the lawyers the debt you owe me for Dragon instead. I can't take this anymore.


------Original Message------
From: Michele Stewart
To: Barbara Stewart
Sent: May 22, 2012 5:58 AM
Subject: Escrow/Pledge


 Dear Mrs. Stewart,

I am really sorry that you are in such a jam right now and I would like to help you to the best of my capabilities.

Here are my concerns with putting anything in escrow here:

- You are a dual citizen: This will raise yet more flags here and as they are about to cut you off already, you'd be sure to jeopardize your accounts by requesting more of their help. Please keep in mind that they won't do anything more for you until they actually see you in person in Villars.

- Also that is not common practice here so they will need to inquire further before actually answering whether or not they could agree to such a thing, which will raise more flags.

- They would require a separate Swiss estimate and you'd be lucky to get 50 % max as an amount on it.

- There is wealth tax in Switzerland and you have never declared this item you want to put in escrow on your tax return. That will raise even more flags altogether.

- It would be less risky and take less time  for you to take your ring that you have with you and bring it to your bank in  NY with the Harry Winston estimate that you have already.

That would avoid raising various flags here, especially as there is no wealth taxes in the USA.

I am sure your attorneys would trust more a paper coming from the USA then any foreign one.

Sincerely,

Michele

Sent via BlackBerry by AT&T

**(No subject)**

**Barbara Stewart <bstewart2@hotmail.com>**
Tue 5/22/2012, 3:31 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Michele,
I'm very sorry you won't answer my phone calls. But I have run out of time. I will give Dave
Marcus the right to collect my debt for the Dragon. I have no other choice, especially as
you won't talk to me.  When I see Vanessa next month I will explain to her why she has to
lose her home, because you couldn't be bothered to walk a pair of earrings from one
bank to another. I'm sorry I have been forced to do this, but I have run out of time.
B.

**Re:**

Barbara Stewart <bstewart2@hotmail.com>
Tue 5/22/2012, 9:27 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Ok. Will do.

Sent via BlackBerry by AT&T

-----Original Message-----
From: Michele Stewart <vbouman@hotmail.com>
Date: Tue, 22 May 2012 20:21:58
To: <bstewart2@hotmail.com>
Subject: RE:

Mrs. Stewart,

Please send me a handwritten note dated and stating :

- you are asking me to send this pair of ruby earings purchased for the price of US$ 1,000,000.00 to David Marcus on your behalf,

- that you understand that this pair of earings is not insured,

- that I am in no way, shape or form responsible if anything happens to this package once I have shipped it out,

- you are responsible for the cost of shipping and possibly insuring, if company is willing, this package out to David Marcus.

Please have this letter notorised or at the very least witnessed by someone else than you before you send it to me by attached email.

I will contact Fed Ex, DHL and Bricks tomorrow to see who can ship this for you.


Thank you very much,

Michele



-----------------
From: bstewart2@hotmail.com

**RE: Escrow**

Barbara Stewart <bstewart2@hotmail.com>
Tue 5/22/2012, 7:07 PM
To: Michele Stewart <vbouman@hotmail.com>

They were a gift to me from Bill. Bill doesn't wear earrings.  If the invoice is not accepted just send the earrings to David Marcus and he will accept them as the escrow.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE: Escrow
Date: Tue, 22 May 2012 20:02:27 +0200

Mrs. Stewart,

I am glad to hear you have choices...I agree.

I have found the invoice for the pair of ruby earings adressed to Bill .

Do you have a more updated evaluation/ appraisal  that mentions your name, my name or no one's ?

On the face of the present evaluation, the piece doesn' t belong to you, and further more the text on the invoice does not help you to prove your ownership or anyone else's except Bill's.

If I am to bring these earings to anyone who could potentially help you, I will need to prove they are yours or mine.

Michele

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: FW: Escrow
Date: Tue, 22 May 2012 13:00:30 -0400

Michele,
I am not interested in selling anything. I do not have the time. I must have the one million by Friday. It is the earrings or the Dragon. I will not do anything with the ring. I have chosen the earrings. It is my choice.
B.

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE: Escrow
Date: Tue, 22 May 2012 12:37:20 -0400

Michele,
This is not a threat. I must have the one million in escrow- either the earrings or the
house. I have no choice. I would prefer that you do NOT discuss it with Bill, Gregory or
John Iglehart. It is none of their business. The bank should be willing to put the earrings in
storage and write a letter that they have them. It is not complicated and banks do it all
over the world, because they are considered trustworthy. I have nothing else to offer the
lawyers and MUST, absolutely must, have a professional legal counsel to help me defend
myself. therefore I need the money to pay them. I do not want a mortgage, there is no
time. It is going to be the earrings or the Dragon- not to threaten you but because that is
the reality.
B.

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: Escrow
Date: Tue, 22 May 2012 18:22:39 +0200

Dear Mrs. Stewart,

I am happy to work with you, but not under the cloud of threat. In fact I have been working all
day trying to find a solution for you.

The suggestions you have made are not practically possible. UBS is not a pawn shop, and they
are not aware of how to do this but they are double checking with UBS Zurich to see if they can
help in any way.

I am thinking of ways that we can get you what you want. You may have to get a mortgage on
Brebis and/ or the 2 parcels of land  but anything with the UBS is going to require your
presence in Switzerland.

You do have other options:

- Sell the 2 parcels of land attached to MN
- Sell Brebis Noire with or without the 2 parcels of land (maybe CT could buy it so it stays in the family?)

These 2 following options would require 3rd party's permission as they are not in your name but would be

the fastest to get you what you want:
- Escrow, if possible, or pawn the 23 carat diamond ring in the USA
- Sell the 23 carat diamond ring in the USA or any other piece you personally have with you in New York

Maybe you could look for a pawn shop in the US that specializes in high amounts ? Would Christies give you such a guarantee?

Michele

# RE:

From: **Barbara Stewart** (bstewart2@hotmail.com)
Sent: Wednesday, May 23, 2012 9:23:40 AM
To: Michele Stewart (vbouman@hotmail.com)

Michele,
Here is your letter from me. SHIP OUT THE DAMN EARRINGS NOW BEFORE I LOSE
MY PATIENCE. MARCUS MUST HAVE THEM BY FRIDAY. IF NOT HE WILL HAVE
YOUR HOUSE BY FRIDAY.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 09:18:42 +0200

Mrs. Stewart,

David Marcus is your attorney. He has no involvement with the jewelry besides the fact you want to
give him a pair of earrings that technically doesn't belong to you.

A letter from him will not relieve me of any responsibility towards this piece of jewelry and will not
protect me from any lawsuit.

Hence a letter from you as described below will be necessary before I ship out the earings to your
attorney.

Thank you for your understanding.

Michele


> From: bstewart2@hotmail.com
> To: vbouman@hotmail.com
> Date: Tue, 22 May 2012 20:38:58 +0000
> Subject: Re:
>
> I hope you don't mind if the letter comes from the lawyer. He really doesn't have that much
patience.
>
> Sent via BlackBerry by AT&T
>
> -----Original Message-----
> From: Michele Stewart <vbouman@hotmail.com>
> Date: Tue, 22 May 2012 20:21:58
> To: <bstewart2@hotmail.com>
> Subject: RE:
>
> Mrs. Stewart,
>

> Please send me a handwritten note dated and stating :
>
> -  you are asking me to send this pair of ruby earings purchased for the price of US$ 1,000,000.00 to David Marcus on your behalf,
>
> - that you understand that this pair of earings is not insured,
>
> - that I am in no way, shape or form responsible if anything happens to this package once I have shipped it out,
>
> - you are responsible for the cost of shipping and possibly insuring, if company is willing,  this package out to David Marcus.
>
> Please have this letter notorised or at the very least witnessed by someone else than you before you send it to me by attached email.
>
> I will contact Fed Ex, DHL and Bricks tomorrow to see who can ship this for you.
>
>
> Thank you very much,
>
> Michele
>
>
>
>
> ----------------
> From: bstewart2@hotmail.com
> To: vbouman@hotmail.com
> Subject: RE:
> Date: Tue, 22 May 2012 14:50:39 -0400
>
>
> I AM NOT GOING TO SELL AT THIS TIME. PERIOD.
>
>
>
>
>
> ----------------
> From: vbouman@hotmail.com
> To: bstewart2@hotmail.com
> Subject: RE:
> Date: Tue, 22 May 2012 20:32:26 +0200
>
>
> Mrs. Stewart,
>
> I guess we could do that but there will be major import duties for him to pay.
>
> The insurance will have to show the full amount if the courrier is even willing to take such a responsability.
>
> Why don't you call Cristies or Sotheby in the US and see what you can work out with them? I hear they can give you money before any sale and they would be responsible to mail the earings from CH

to USA.
>
> Michele
>
>
>
> ----------------
> From: bstewart2@hotmail.com
> To: vbouman@hotmail.com
> Subject:
> Date: Tue, 22 May 2012 14:10:52 -0400
>
>
>
> Michele,
>
> Here is the address for David Marcus. Send them by FedEx or UPS with insurance.
> B.
>
> David P. Marcus, Esq.
> Partner
> Marcus & Cinelli, LLP
> 2821 Wehrle Dr., Suite 3
> Williamsville, New York 14221
> Phone: (716) 565-3800

## RE:

From: **Michele Stewart** (vbouman@hotmail.com)
Sent: Wednesday, May 23, 2012 1:10:16 PM
To:    Barbara Stewart (bstewart2@hotmail.com)

Mrs. Stewart,

You should remember that you catch more flies with honey than vinegar. The tone and language you are using is complete unacceptable.

You need to understand why I need to take a minimum of precautions for a piece of Jewelry worth CHF 1 million that, on top on it, does not belong to you.

You can't hide behind your lawyer. You had more than 12 hours to send me this letter if this was important to you.

**I WILL NOT RELEASE THE RUBY EARRINGS WITHOUT YOUR HANDWRITTEN LETTER (as per description below) , AND WHOMEVER TAKES THEM FROM ME WILL NEED TO SIGN FOR THEM AS WELL TO MARK THE END OF MY RESPONSIBILITY.**

***Here is an update so far today:***

- DHL won't take any jewelry.

- Fed EX will, but their maximum liability is US$ 1,000. You need to find your own insurance or they won't do it.

- No insurance company that I checked with will do that on such short notice and without their own appraisal, etc...

- I have asked friends of mine to see if anyone is interested in getting a free weekend in New York to bring the earrings to you. No positive answer so far.

- Maybe you could ask around you to see if anyone can come and pick them up in Geneva?

- At this point, it would be the fastest way while understanding that these earrings are not insured and you cannot go after anyone who might do this for you if anything happens to these earrings.

- Maybe you could give your attorney another piece of jewelry to hold for you for now and ask Tres, when he comes to Switzerland for Vanessa's graduation end of June, if he is willing to take the earrings back with him and give them to you,  then you can swap them at the attorney's ?

Michele

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:

Date: Wed, 23 May 2012 03:23:40 -0400

Michele,
Here is your letter from me. SHIP OUT THE DAMN EARRINGS NOW BEFORE I LOSE
MY PATIENCE. MARCUS MUST HAVE THEM BY FRIDAY. IF NOT HE WILL HAVE
YOUR HOUSE BY FRIDAY.

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 09:18:42 +0200

Mrs. Stewart,

David Marcus is your attorney. He has no involvement with the jewelry besides the fact you want to
give him a pair of earrings that technically doesn't belong to you.

A letter from him will not relieve me of any responsibility towards this piece of jewelry and will not
protect me from any lawsuit.

Hence a letter from you as described below will be necessary before I ship out the earings to your
attorney.

Thank you for your understanding.

Michele

> From: bstewart2@hotmail.com
> To: vbouman@hotmail.com
> Date: Tue, 22 May 2012 20:38:58 +0000
> Subject: Re:
>
> I hope you don't mind if the letter comes from the lawyer. He really doesn't have that much
patience.
>
> Sent via BlackBerry by AT&T
>
> -----Original Message-----
> From: Michele Stewart <vbouman@hotmail.com>
> Date: Tue, 22 May 2012 20:21:58
> To: <bstewart2@hotmail.com>
> Subject: RE:
>
> Mrs. Stewart,
>
> Please send me a handwritten note dated and stating :
>
> - you are asking me to send this pair of ruby earings purchased for the price of US$ 1,000,000.00
to David Marcus on your behalf,

## RE:

From: **Barbara Stewart** (bstewart2@hotmail.com)
Sent: Wednesday, May 23, 2012 8:33:13 PM
To:    Michele Stewart (vbouman@hotmail.com)

Yes. Let me put you on hold for awhile. I have no lawyer and have to answer Greg's latest petition by myself. I need the time to write out something.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 20:02:09 +0200

That is besides the point.

Please confirm that these are the right ones.

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 13:48:20 -0400

Michele,
You don't need a letter. It says on the invoice that they are a gift for BKS. Bill also gave much testimony that the earrings belong to me, therefore he can't contradict you.  Dave Marcus said it is evident, thus no letter is needed.
B.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 19:40:00 +0200

I hope you are right.

In the meanwhile please start preparing the handwritten letter so that I can release the earings when the time comes.

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 12:35:53 -0400

Since they don't say their from Burma, they aren't from Burma. You worry too much.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 18:34:43 +0200

how can you find out? If they are from Burma, they will get confiscated at the border and you'll
never see them again!

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 12:10:09 -0400

I don't know.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 18:03:30 +0200

are these rubies from Burma?

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject:
Date: Wed, 23 May 2012 10:32:24 -0400

Michele,
I've spoken to Dave Marcus and he wants to try his connections at UBS to see if he
can get them to ship them to him and he is going to talk to FedEx here to see if he
wants to pay for the insurance.  I will let you know.
B.

**(No subject)**

Barbara Stewart <bstewart2@hotmail.com>
Wed 5/23/2012, 2:27 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Michele,

I'm waiting for the lawyer to call me. If I can convince him to wait until Tres goes to Villars that will be the best way to do it. I will answer you as soon as I have heard from him.

B.

## RE:

Barbara Stewart <bstewart2@hotmail.com>
Thu 5/24/2012, 2:32 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Michele,
It was easier and there was less pressure for me to handle it here. No need to send them.
B.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Thu, 24 May 2012 14:25:39 +0200

Mrs. Stewart,

I understand you are under a lot of pressure right now however if you want the earings at JFK tomorrow Friday, I do need to know so by **4 p.m. swiss time** today to get the ball rolling before everything closes.

Thank you for your understanding.

Michele

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 14:33:12 -0400

Yes. Let me put you on hold for awhile. I have no lawyer and have to answer Greg's latest petition by myself. I need the time to write out something.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 20:02:09 +0200

That is besides the point.

Please confirm that these are the right ones.

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 13:48:20 -0400

Michele,
You don't need a letter. It says on the invoice that they are a gift for BKS. Bill also gave much testimony that the earrings belong to me, therefore he can't contradict you. Dave Marcus said it is evident, thus no letter is needed.
B.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 19:40:00 +0200

I hope you are right.

In the meanwhile please start preparing the handwritten letter so that I can release the earings when the time comes.

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 12:35:53 -0400

Since they don't say their from Burma, they aren't from Burma. You worry too much.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 18:34:43 +0200

how can you find out? If they are from Burma, they will get confiscated at the border and you'll never see them again!

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject: RE:

Date: Wed, 23 May 2012 12:10:09 -0400

I don't know.

---

From: vbouman@hotmail.com
To: bstewart2@hotmail.com
Subject: RE:
Date: Wed, 23 May 2012 18:03:30 +0200

are these rubies from Burma?

---

From: bstewart2@hotmail.com
To: vbouman@hotmail.com
Subject:
Date: Wed, 23 May 2012 10:32:24 -0400

Michele,
I've spoken to Dave Marcus and he wants to try his connections at UBS to see if he can get them to ship them to him and he is going to talk to FedEx here to see if he wants to pay for the insurance. I will let you know.
B.

**(No subject)**

Barbara Stewart <bstewart2@hotmail.com>
Wed 6/20/2012, 8:22 PM
**To:** Michele Stewart <vbouman@hotmail.com>

Michele,
When you see Tres in Villars will you please give him the ruby earrings.
Thanks,
B.

Untitled

Barbara Stewart <bstewart2@hotmail.com>

Mon 11/4/2013 2:46 PM

To: Michele Stewart <vbouman@hotmail.com>;

Cc: Tres2 Stewart <wpstewart3@me.com>;

Michele,
I am asking Tres to sell the car to the highest bidder. I need the money. I would probably have let you have the car for nothing, as I have always been generous with you, but since you stole my jewelry, I have lost respect for your reasoning. Now I need whatever money I can get to use it to bring suit against you for theft. The dumb thing is that Bill has sworn in court, under oath, that the jewelry is mine. He will be a witness against you. Of course, if you win in court then Bill will have to pay me that much more in the divorce. He isn't going to be happy with what you have started. He may even undo the trust he had John Iglehart set up for you; after all the extra money he will have to pay me has to come from somewhere
I don't understand why you ever started this, Michele, you make no sense at all.
B.

From: vbouman@hotmail.com
Date: Sun, 3 Nov 2013 21:41:04 +0100
CC: wpstewart3@me.com
To: bstewart2@hotmail.com

Sent from my iPhone

1 PAIR

In receipt from Michele Stewart of ~~2~~ Platinum & 18K Gold Ruby & Diamond earrings from Harry Winston, purchased in 2004, for

US$ 1,100,000.00

By _William P. Stewart_ Date 6/29/12

William P. Stewart III

# HARRY WINSTON, INC.

SEVEN EIGHTEEN FIFTH AVENUE
NEW YORK, NEW YORK 10019
(212) 245-2000

May 3, 2004

NO. S7978

Mr. William Stewart
28 Sargeant Drive
Northeast Harbor, ME 04662

| 87978 | Platinum & 18K Gold Ruby & Diamond Earrings<br>1 Oval Ruby 11.08 Cts. GRS2002-05714<br>1 Oval Ruby 10.03 Cts. GRS2001-06268<br>24 Brilliant Diamonds 4.29 Cts.<br>8 Pear Shape Diamonds 4.15 Cts.<br>2 Marquise Diamonds 0.80 Cts.<br>Platinum & 18K Yellow Gold Mounting | $1,100,000.00 |
|---|---|---|
| | Sub Total | $1,100,000.00 |
| | Sales Tax | $ |
| | Shipping & Insurance | $ |
| | Sale Total | $1,100,000.00 |

WPS
APPROVED

— from & owed to
Bill Stewart

GIFT - TO BKS

PAID
Chk# 1070
5/4/04